IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| BRYANT ROBERTS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - Versus - ) | |
| ) | |
| COMCAST CORPORATION, et al., ) | Case No.: 1:09-cv-01539-JFM |
| ) | |
| ) | **NOTICE OF APPEAL** |
| Defendants. ) | |
| ) | |
| _____) | |

Notice is hereby given that all Plaintiffs in this action hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order Granting Judgment with Prejudice to Comcast Cable Communications Management LLC, (Docket Nos. 47 and 48), entered on March 3, 2010.


Dated:  April 1, 2010                     Respectfully Submitted,


       /s/ Andreas N. Akaras
Andreas N. Akaras, Esquire #14290
The Akaras Law Offices
4423 Lehigh Road, #308
College Park, MD 20740
Telephone: (301) 864-7763
Facsimile: (866) 838-5556

Michael J. Snider, Esq. #24695
Allan E. Feldman, Esq. #17092
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21209
410-653-9060 phone
410-653-9061 fax

Gary E. Mason, Esquire
Nicholas A. Migliaccio, Esquire
The Mason Law Firm, L.L.P.
1225 19th Street, NW, Suite 500
Washington, D.C. 20038
Telephone:  (202) 429-2290
Facsimile:   (202) 429-2294

Joshua M. Ambush, Esquire
Law Offices of Joshua M. Ambush, LLC
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone: 410-484-2070
Fax: 410-484-9330
joshua@ambushlaw.com

Attorneys For Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 1, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of the filing was sent by operation of the Court's electronic filing system to all counsel of record. Parties may access this filing through the Court's electronic filing system.

                                                          /s/

                                   One of the Attorneys for Plaintiffs